# Court of Appeals
# of the State of Georgia

ATLANTA, January 07, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0186. SACAL ENVIRONMENT & MANAGEMENT COMPANY v. RAUL SILVA, et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
82430



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 07, 2015*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*